# EXHIBIT C

# Umowa Pożyczki

Zawarta w dniu 19 lipca 2008 roku pomiędzy MyPlace Development Spółka z ograniczoną odpowiedzialnością S.K.A. z siedzibą w Poznaniu („Spółka") oraz TWS Investment Partners LLC („Fundusz").

Na podstawie art. 4.4 Umowy Inwestycyjnej z dnia 1 lutego 2008 roku, Strony zawierają Umowę Pożyczki na następujących warunkach:

1. Fundusz pożycza Spółce kwotę 9.250.000,00 (słownie: dziewięć milionów dwieście pięćdziesiąt tysięcy) dolarów amerykańskich.

2. Pożyczka zostanie wpłacona na wskazany przez Spółkę rachunek bankowy.

3. Termin spłaty pożyczki Strony ustalają na dzień 15 sierpnia 2009 roku.

4. Strony ustalają wysokość oprocentowania pożyczki na kwotę 12 % w skali roku.

5. Strony ~~ustalają~~ / nie ustalają* dodatkowego wynagrodzenia Funduszu (*success fee*).

6. Zabezpieczeniem pożyczki będzie hipoteka zwykła w kwocie 9.250.000,00 (słownie: dziewięć milionów dwieście pięćdziesiąt tysięcy) dolarów amerykańskich oraz hipoteka kaucyjna do kwoty 2.750.000,00 (słownie: dwa miliony siedemset pięćdziesiąt tysięcy) dolarów amerykańskich, zabezpieczająca zwrot pożyczki wraz z odsetkami opisanymi w pkt. 4 powyżej, ustanowione na nieruchomościach odrębnie uzgodnionych po uzyskaniu wyceny biegłego.

Fundusz wskazuje, iż doręczenia z Sądu wieczystoksięgowego winny być kierowane na adres: Adwokacka Spółka Partnerska Grzybkowski & Guzek, ul. Dominikańska 3, 61-762 Poznań.

_____   _____
           Spółka                                  Fundusz

---

* Niepotrzebne skreślić.

## Wniosek o zmianę Pożyczki

Od:  MyPlace Development Sp. z o.o. S.K.A. z siedzibą w Poznaniu

Do:  TWS Investment Partners LLC

Dnia:  19 sierpnia 2008 roku

Szanowni Państwo,

1. Niniejszy dokument, stanowiący Wniosek o Pożyczkę, odnosi się do Umowy Inwestycyjnej z dnia 1 lutego 2008 roku („Umowa"), zawartej pomiędzy MyPlace Development Sp. z o.o. S.K.A. z siedzibą w Poznaniu jako Pożyczkobiorcą i TWS Investment Partners LLC z siedzibą w Nowym Jorku jako Pożyczkodawcą. Terminy zdefiniowane w Umowie zachowują to samo znaczenie w niniejszym Wniosku o zmianę Pożyczki, o ile nie zostało im nadane inne znaczenie.

2. Zwracamy się z wnioskiem o zmianę Umowy Pożyczki z dnia 19 lipca 2008 roku i udzielenie pożyczki zgodnie z poniższymi warunkami:

   (a) proponowany dzień udzielenia pożyczki:   26 sierpnia 2008 roku

   (b) rachunek Spółki do wpłaty pożyczki:   wskazany odrębnie przez Spółkę

   (c) kwota:   17.650.000,00

   (d) waluta pożyczki   PLN (złoty polski)

   (e) oprocentowanie:   12 %

   (f) termin spłaty:   15 sierpnia 2009 roku

   (g) zabezpieczenie:

   a. hipoteka zwykła w kwocie 17.650.000,00 (słownie: siedemnaście milionów sześćset pięćdziesiąt tysięcy) złotych zabezpieczająca zwrot pożyczki wraz z odsetkami umownymi w wysokości 12% w stosunku rocznym, ustanowiona na nieruchomości, która zostanie odłączona z nieruchomości położonej w obrębie Robakowo, oznaczonej księgą wieczystą Kw numer 19.696 i stanowiącej niezabudowane działki o numerach: 8 o obszarze 13.12.77 ha i 85/2 o obszarze 3.95.58 ha, niezwłocznie po uzyskaniu ich własności przez Spółkę;

   b. hipoteka kaucyjna od kwoty 1.765.000,00 (słownie: jeden milion siedemset sześćdziesiąt pięć tysięcy) złotych zabezpieczająca zapłatę wszelkich kosztów i opłat związanych z postępowaniem sądowym lub egzekucyjnym, które są należne od Spółki na rzecz Funduszu, zgodnie z warunkami umowy inwestycyjnej, z uwzględnieniem wszelkich ewentualnych dalszych zmian lub uzupełnień umowy inwestycyjnej i umowy pożyczki, jak również z tytułu opóźnienia w spłacie pożyczki i odszkodowania z tytułu bezpodstawnego odstąpienia od umowy oraz innych kosztów Funduszu, ustanowiona na nieruchomości, która zostanie odłączona z nieruchomości położonej w obrębie Robakowo, oznaczonej księgą wieczystą Kw numer 19.696 i stanowiącej niezabudowane

3

działki o numerach: 8 o obszarze 13.12.77 ha i 85/2 o obszarze 3.95.58 ha, niezwłocznie po uzyskaniu ich własności przez Spółkę;

Z poważaniem,

*[signatures]*

osoby upoważnione do podpisu

w imieniu MyPlace Development Sp. z o.o. S.K.A.

4

## Aneks nr 1
## do Umowy Pożyczki z dnia 19 lipca 2008 roku

podpisany w dniu 20 sierpnia 2008 roku, pomiędzy MyPlace Development Spółka z ograniczoną odpowiedzialnością S.K.A. z siedzibą w Poznaniu („Spółka") oraz TWS Investment Partners LLC („Fundusz").

Zważywszy, iż:

*W dniu 19 lipca 2008 roku Strony zawarły umowę pożyczki („Umowa Pożyczki"), na podstawie której:*

   a. *Spółka pożyczyła od Funduszu kwotę 9.250.000,00 (słownie: dziewięć milionów dwieście pięćdziesiąt tysięcy) dolarów amerykańskich;*
   b. *w trakcie realizacji Umowy Pożyczki Strony postanowiły zmienić zasady jej wykonywania;*

Strony uzgodniły następujące zmiany Umowy Pożyczki:

1. Strony zmieniają kwotę pożyczki na sumę 7.980.000,00 (słownie: siedem milionów dziewięćset osiemdziesiąt tysięcy) dolarów amerykańskich.

2. Strony ustalają, iż zabezpieczeniem pożyczki będą:
   a. hipoteka zwykła w kwocie 7.980.000,00 (słownie: siedem milionów dziewięćset osiemdziesiąt tysięcy) dolarów amerykańskich zabezpieczająca zwrot pożyczki wraz z odsetkami umownymi w wysokości 12% w stosunku rocznym, ustanowiona na nieruchomości, która zostanie odłączona z nieruchomości położonej w obrębie Robakowo, oznaczonej księgą wieczystą Kw numer 19.696 i stanowiącej niezabudowane działki o numerach: 8 o obszarze 13.12.77 ha i 85/2 o obszarze 3.95.58 ha, niezwłocznie po uzyskaniu ich własności przez Spółkę;
   b. hipoteka kaucyjna od kwoty 798.000,00 (słownie: siedemset dziewięćdziesiąt osiem tysięcy) złotych zabezpieczająca zapłatę wszelkich kosztów i opłat związanych z postępowaniem sądowym lub egzekucyjnym, które są należne od Spółki na rzecz Funduszu, zgodnie z warunkami umowy inwestycyjnej, z uwzględnieniem wszelkich ewentualnych dalszych zmian lub uzupełnień umowy inwestycyjnej i umowy pożyczki, jak również z tytułu opóźnienia w spłacie pożyczki i odszkodowania z tytułu bezpodstawnego odstąpienia od umowy oraz innych kosztów Funduszu, ustanowiona na nieruchomości, która zostanie odłączona z nieruchomości położonej w obrębie Robakowo, oznaczonej księgą wieczystą Kw numer 19.696 i stanowiącej niezabudowane działki o numerach: 8 o obszarze 13.12.77 ha i 85/2 o obszarze 3.95.58 ha, niezwłocznie po uzyskaniu ich własności przez Spółkę;

Fundusz wskazuje, iż doręczenia z Sądu wieczystoksięgowego winny być kierowane na adres: Adwokacka Spółka Partnerska Grzybkowski & Guzek, ul. Dominikańska 3, 61-762 Poznań.

W pozostałym zakresie Umowa Pożyczki nie ulega zmianie.

_____  _____
Spółka                                          Fundusz