UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROMAN SLEDZIEJOWSKI,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 13-22050 (RDD) |
| In re:<br><br>INNOVEST HOLDINGS, LLC,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 13-22748 (RDD) |
| MARIANNE T. O'TOOLE, as Chapter 7 Trustee of the estate of Roman Sledziejowski,<br><br>                  Plaintiff,<br><br>    -against-<br><br>MYPLACE DEVELOPMENT SP. Z O.O., MYPLACE DEVELOPMENT SP. Z O.O. S.K.A., SEBASTIAN TOMASZ KULCZYK, KULCZYK REAL ESTATE HOLDING S.A.R.L., KULCZYK INVESTMENTS SA, KULCZYK HOLDING SA, TWS INVESTMENT PARTNERS LLC, JOHN DOE "1" THROUGH "100", JANE DOE "1" THROUGH "100", JOHN DOE CORPORATIONS "1" THROUGH "100", and OTHER JOHN DOE ENTITIES "1" THROUGH "100",<br><br>                  Defendants. | Adv. Pro. No. 15-8207 (SHL) |

| | |
|---|---|
| MARIANNE T. O'TOOLE, as Chapter 7 Trustee of the estate of Innovest Holdings, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>MYPLACE DEVELOPMENT SP. Z O.O., MYPLACE DEVELOPMENT SP. Z O.O. S.K.A., SEBASTIAN TOMASZ KULCZYK, KULCZYK REAL ESTATE HOLDING S.A.R.L., KULCZYK INVESTMENTS SA, KULCZYK HOLDING SA, TWS INVESTMENT PARTNERS LLC, JOHN DOE "1" THROUGH "100", JANE DOE "1" THROUGH "100", JOHN DOE CORPORATIONS "1" THROUGH "100", and OTHER JOHN DOE ENTITIES "1" THROUGH "100",<br><br>Defendants. | Adv. Pro. No. 15-8208 (SHL) |

## DECLARATION OF MICHAEL S. ELKIN IN SUPPORT OF CERTAIN DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINTS

Pursuant to 28 U.S.C. § 1746, I, Michael S. Elkin, declare as follows:

1. I am a partner at the law firm of Winston & Strawn LLP, counsel to the defendants MyPlace Development SP. Z O.O., MyPlace Development SP. Z O.O. S.K.A., Sebastian Kulczyk, Kulczyk Real Estate Holding S.A.R.L., Kulczyk Investments S.A., and Kulczyk Holding S.A. (the "Certain Defendants") in the above-captioned adversary proceedings. I submit this declaration in support of the Certain Defendants' motion to dismiss the Amended Complaints filed in each such action.

2. Attached hereto are true and accurate copies of the following documents:

Exhibit A:    Loan Agreement dated November 1, 2007 between TWS Investment Partners LLC and MyPlace Development Sp. z o.o.

Exhibit B:    Loan Agreement dated April 22, 2008 between TWS Investment Partners LLC and MyPlace Development Sp. z o.o. S.K.A.

| | |
|---|---|
| **Exhibit C**: | Loan Agreement dated July 19, 2008 between TWS Investment Partners LLC and MyPlace Development Sp. z o.o. S.K.A. |
| **Exhibit D**: | Assignment Agreement of December 3, 2009, made by TWS Investment Partners LLC to Kulzcyk Real Estate Holdings S.àr.l of the Loan Agreement dated November 1, 2007 between TWS Investment Partners LLC and MyPlace Development Sp. z o.o. |
| **Exhibit E**: | Assignment Agreement of December 3, 2009, made by TWS Investment Partners LLC to Kulzcyk Real Estate Holdings S.àr.l of the Loan Agreement dated April 22, 2008 between TWS Investment Partners LLC and MyPlace Development Sp. z o.o. |
| **Exhibit F**: | Assignment Agreement of December 3, 2009, made by TWS Investment Partners LLC to Kulzcyk Real Estate Holdings S.àr.l of the Loan Agreement dated July 19, 2008 between TWS Investment Partners LLC and MyPlace Development Sp. z o.o. |
| **Exhibit G**: | Share Sale Agreement dated December 3, 2009 between Kulczyk Real Estate Holding S.àr.l. and Roman Śledziejowski |
| **Exhibit H**: | Share Sale Agreement dated December 3, 2009 between Kulczyk Real Estate Holding S.àr.l. and Roman Śledziejowski |
| **Exhibit I**: | Certificate Regarding Corporate Status of TWS Investment Partners LLC |

Dated:  October 14, 2015
        New York, New York

_____
Michael S. Elkin