# EXHIBIT B

# Umowa Pożyczki

*22.04.2008*

Zawarta pomiędzy MyPlace Development Sp. z o.o. S.K.A. z siedzibą w Poznaniu („Spółka") oraz TWS Investment Partners LLC („Fundusz").

Na podstawie art. 4.4 Umowy Inwestycyjnej z dnia 1 lutego 2008 roku, Strony zawierają Umowę Pożyczki na następujących warunkach:

1. Fundusz pożycza Spółce kwotę 7.000.000,00 (słownie: siedem milionów) złotych.

2. Pożyczka zostanie wpłacona na rachunek bankowy Spółki w banku *PEKAO S.A.* nr rachunku *41124066091787001017318782*, IBAN _____ SWIFT *PKOPPLPW*.

3. Termin spłaty pożyczki Strony ustalają na dzień 31.03.2010 roku.

4. Strony ustalają wysokość oprocentowania pożyczki na kwotę 12 % w skali roku.

5. Strony ~~ustalają~~/nie ustalają* dodatkowego wynagrodzenie Funduszu (success fee).

6. Zabezpieczeniem pożyczki będą hipoteka zwykła w kwocie 7.000.000,00 (słownie: siedem milionów) złotych oraz hipoteka kaucyjna do kwoty 1.800.000,00 (słownie: jeden milion osiemset tysięcy) złotych na nieruchomości położonej w województwie wielkopolskim, powiecie poznańskim, gminie Kórnik, obręb Szczytniki, stanowiącej działkę nr 130/4, o obszarze 1.96.64 ha, dla której Sąd Rejonowy w Środzie Wielkopolskiej prowadzi księgę wieczystą kw nr 40091 (czterdzieści tysięcy dziewięćdziesiąt jeden), ustanowione przy zawieraniu umowy sprzedaży tej nieruchomości.

_____      _____
Spółka                                            Fundusz

*22 KWIETNIA, 2008*

---

* Niepotrzebne skreślić.

# Aneks nr 1
## do Umowy Pożyczki z dnia 22 kwietnia 2008 roku

podpisany w dniu 25 kwietnia 2008 roku, pomiędzy MyPlace Development Spółka z ograniczoną odpowiedzialnością S.K.A. z siedzibą w Poznaniu („Spółka") oraz TWS Investment Partners LLC („Fundusz").

Zważywszy, iż:

*W dniu 22 kwietnia 2008 roku Strony zawarły umowę pożyczki („Umowa Pożyczki"), na podstawie której:*
   a. *Spółka pożyczyła od Funduszu kwotę 7.000.000,00 (słownie: siedem milionów) złotych;*
   b. *Strony zabezpieczyły Umowę Pożyczki hipoteką zwykłą w kwocie 7.000.000,00 (słownie: siedem milionów) złotych oraz hipoteką kaucyjną do kwoty 1.800.000,00 (słownie: jeden milion osiemset tysięcy) złotych;*
   c. *w trakcie realizacji Umowy Pożyczki Strony postanowiły zmienić zasady jej wykonywania.*

Strony uzgodniły następujące zmiany Umowy Pożyczki:

1. Strony zmieniają kwotę pożyczki na sumę 3.300.000,00 (słownie: trzy miliony trzysta tysięcy) dolarów amerykańskich płatną w dwóch ratach:
   a. 2.000.000,00 (słownie: dwa miliony) dolarów amerykańskich płatne do dnia 15 kwietnia 2008 roku;
   b. 1.300.000,00 (słownie: jeden milion trzysta tysięcy) dolarów amerykańskich płatne do dnia 2 czerwca 2008 roku.

2. Kwota pożyczki zostanie zapłacona do dnia 2 czerwca 2010 roku.

3. Strony ustalają, iż Strony zmienią hipotekę ustanowioną na podstawie Umowy Pożyczki w taki sposób, iż zabezpieczeniem pożyczki będzie:
   a. hipoteka zwykła w kwocie 3.300.000,00 (słownie: trzy miliony trzysta tysięcy) dolarów amerykańskich zabezpieczająca zwrot pożyczki wraz z odsetkami umownymi w wysokości 12% w stosunku rocznym, ustanowiona na nieruchomości położonej w Szczytnikach, działka 130/4, kw nr 40091 Sądu Rejonowego w Środzie Wielkopolskiej,
   b. hipoteka kaucyjna do kwoty 330.000,00 (słownie: trzysta trzydzieści tysięcy) dolarów amerykańskich zabezpieczająca zapłatę wszelkich kosztów i opłat związanych z postępowaniem sądowym lub egzekucyjnym, które są należne od Spółki na rzecz Funduszu, zgodnie z warunkami umowy inwestycyjnej, z uwzględnieniem wszelkich ewentualnych dalszych zmian lub uzupełnień umowy inwestycyjnej i umowy pożyczki, jak również z tytułu opóźnienia w spłacie pożyczki i odszkodowania z tytułu bezpodstawnego odstąpienia od umowy oraz innych kosztów Funduszu, ustanowiona na nieruchomości położonej w Szczytnikach, działka 130/4, kw nr 40091 Sądu Rejonowego w Środzie Wielkopolskiej;

i to w miejsce hipotek ustanowionych na podstawie oświadczenia o ustanowieniu hipoteki z dnia 22 kwietnia 2008 roku.

Fundusz wskazuje, iż doręczenia z Sądu wieczystoksięgowego winny być kierowane na adres: Adwokacka Spółka Partnerska Grzybkowski & Guzek, ul. Dominikańska 3, 61-762 Poznań.

W pozostałym zakresie Umowa Pożyczki nie ulega zmianie.

_____          _____
         Spółka                           Fundusz

## Wniosek o zmianę Pożyczki

Od:   MyPlace Development Sp. z o.o. S.K.A. z siedzibą w Poznaniu

Do:   TWS Investment Partners LLC

Dnia:  25 kwietnia 2008 roku

Szanowni Państwo,

1. Niniejszy dokument, stanowiący Wniosek o Pożyczkę, odnosi się do Umowy Inwestycyjnej z dnia 1 lutego 2008 roku („Umowa"), zawartej pomiędzy MyPlace Development Sp. z o.o. S.K.A. z siedzibą w Poznaniu jako Pożyczkobiorcą i TWS Investment Partners LLC z siedzibą w Nowym Jorku jako Pożyczkodawcą. Terminy zdefiniowane w Umowie zachowują to samo znaczenie w niniejszym Wniosku o zmianę Pożyczki, o ile nie zostało im nadane inne znaczenie.

2. Zwracamy się z wnioskiem o zmianę Umowy Pożyczki z dnia 22 kwietnia 2008 roku i udzielenie pożyczki zgodnie z poniższymi warunkami:

    (a) proponowany dzień udzielenia pożyczki:    15 kwietnia 2008 roku (I rata)

    2 czerwca 2008 roku (II rata)

    (b) rachunek Spółki do wpłaty pożyczki:    wskazany odrębnie przez Spółkę

    (c) kwota:    3.300.000,00

    (d) waluta pożyczki    USD (dolar amerykański)

    (e) oprocentowanie:    12 %

    (f) termin spłaty:    2 czerwca 2010 roku

    (g) zabezpieczenie:

1. hipoteka zwykła w kwocie 3.300.000,00 (słownie: trzy miliony trzysta tysięcy) dolarów amerykańskich zabezpieczająca zwrot pożyczki wraz z odsetkami umownymi w wysokości 12% w stosunku rocznym, ustanowiona na nieruchomości położonej w Szczytnikach, działka 130/4, kw nr 40091 Sądu Rejonowego w Środzie Wielkopolskiej,

2. hipoteka kaucyjna do kwoty 330.000,00 (słownie: trzysta trzydzieści tysięcy) dolarów amerykańskich zabezpieczająca zapłatę wszelkich kosztów i opłat związanych z postępowaniem sądowym lub egzekucyjnym, które są należne od Spółki na rzecz Funduszu, zgodnie z warunkami umowy inwestycyjnej, z uwzględnieniem wszelkich ewentualnych dalszych zmian lub uzupełnień umowy inwestycyjnej i umowy pożyczki, jak również z tytułu opóźnienia w spłacie pożyczki i odszkodowania z tytułu

bezpodstawnego odstąpienia od umowy oraz innych kosztów Funduszu ustanowiona na nieruchomości położonej w Szczytnikach, działka 130/4, kw nr 40091 Sądu Rejonowego w Środzie Wielkopolskiej,

i to w miejsce hipotek ustanowionych na podstawie oświadczenia o ustanowieniu hipoteki z dnia 22 kwietnia 2008 roku.

Z poważaniem,

osoby upoważnione do podpisu

w imieniu MyPlace Development Sp. z o.o. S.K.A.