# EXHIBIT I

# Delaware



Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF FORMATION OF "TWS INVESTMENT PARTNERS, LLC", WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-EIGHTH DAY OF NOVEMBER, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED LIABILITY COMPANY IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME CANCELED THE FIRST DAY OF JUNE, A.D. 2015, BY REASON OF ITS NEGLECT, REFUSAL, OR FAILURE TO PAY ITS ANNUAL TAXES.



Jeffrey W. Bullock, Secretary of State

4464720  8420
SR# 20150457270

Authentication: 10216767
Date: 10-09-15

You may verify this certificate online at corp.delaware.gov/authver.shtml